IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES E. SMITH,

    Plaintiff,                    No. CIV S-01-0165 MCE JFM P

    vs.

ROY A. CASTRO, Warden, et al.,

    Defendants.                <u>ORDER</u>

        On September 27, 2004, plaintiff filed a request for an extension of time to file an amended complaint, on November 3, 2004, plaintiff filed a proposed amended complaint, and on December 20, 2004, plaintiff filed a motion to amend together with a proposed amended complaint.  This civil rights action was closed on February 25, 2003, and the judgment entered in this action was affirmed on appeal on June 16, 2004.  Plaintiff is advised that documents filed by plaintiff since the latter date will be disregarded and no orders will issue in response to future filings.

DATED: May 10, 2005.

                                              UNITED STATES MAGISTRATE JUDGE

12;smit0165.58